FOIA Summons (1/13) (Page 2)

Civil Action No. 23-cv-1710

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* U.S. Attorney Matthew M. Graves c/o civil process clerk
was received by me on *(date)* 6/13/23.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On 6/13/23, I served the summons + complaint by electronic mail, pursuant to the U.S. Attorney's office Civil Division's guidance, effective 4/25/22. The attached email from the U.S Attorney's office indicates that service was received + accepted with a service date of 6/13/23.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/20/23

_____
Server's signature

Wendy Liu, attorney
Printed name and title

Public Citizen Litigation Group
1600 20th St NW
Washington, D.C. 20009
Server's address

Additional information regarding attempted service, etc:

**Wendy Liu**

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Saturday, June 17, 2023 1:47 PM
**To:** Wendy Liu
**Subject:** RE: Qureshi v. SEC, No. 23-cv-01710-JMC

Your service package has been received and accepted with a service date of June 13, 2023.  Thank you.

**From:** Wendy Liu <wliu@citizen.org>
**Sent:** Tuesday, June 13, 2023 1:45 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Qureshi v. SEC, No. 23-cv-01710-JMC

Hello,

Please see the attached.

Wendy Liu
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7727
wliu@citizen.org

1