UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAMAAN QURESHI,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Civil Action No. 23-cv-01710-JMC |

### [PLAINTIFF'S PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is ORDERED that:

1. On or before **August 9, 2023**, the SEC must produce the transcript without redactions that the SEC now agrees were unwarranted and should be disclosed; and

2. On or before **August 16, 2023**, Mr. Qureshi must inform the SEC whether he intends to challenge any of the SEC's remaining withholdings and, if so, which ones; and

3. For any challenged withholdings, the SEC must file its motion for summary judgment and *Vaughn* index on or before **September 18, 2023**; Mr. Qureshi must file his opposition to the SEC's summary judgment motion and cross-motion for summary judgment on or before **October 18, 2023**; the SEC must file its summary judgment reply and opposition to plaintiff's cross-summary judgment motion on or before **November 20, 2023**; and plaintiff must file his cross-summary judgment reply on or before **December 21, 2023**.

SO ORDERED.

Dated: _____, 2023

                                                                                                   Jia M. Cobb
                                                                                                   United States District Judge