UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAMAAN QURESHI, | ) )  ) |
| Plaintiff, | ) ) |
| v. | )     Civil Action No. 23-cv-01710-JMC ) |
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Pursuant to this Court's September 28, 2023, Minute Order, the parties respectfully submit the following joint status report.

1. In this lawsuit under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, plaintiff Zamaan Qureshi seeks information redacted in response to a FOIA request for the February 19, 2019, transcript of the SEC's deposition of Mark Zuckerberg, Chief Executive Officer of Facebook.

2. The SEC initially refused to produce the transcript but later, after Mr. Qureshi's administrative appeal, produced a copy of the transcript with redactions on the asserted bases of FOIA exemptions 4, 6, 7(C), and 7(E). After this lawsuit was filed, the SEC produced a new version of the transcript with some redactions of text that it had previously disclosed and some additional disclosures.

3. On September 26, 2023, counsel for Mr. Qureshi provided counsel for SEC with a list of the redactions that Mr. Qureshi challenges as unlawfully withheld. The SEC has now agreed to disclose all of the exemption 4 redactions on Mr. Qureshi's list. In addition, the SEC agrees to

1

release the following information redacted under exemptions 6 and 7(C): lines 5-6, 15-17, 19-20 on page 118; line 4 on page 132; lines 9–10 on page 185, and lines 4–6 on page 186.

4. Although the parties have narrowed their dispute, the SEC continues to redact information on the asserted bases of FOIA exemptions 6 and 7(C) that Mr. Qureshi believes is not covered by those exemptions. However, the parties believe that additional discussion may further narrow the dispute.

5. Accordingly, the parties respectfully request that the Court order the parties to submit another joint status report on **November 6, 2023**, to report whether the parties have been able to resolve their dispute and, if not, to propose a schedule for briefing of cross-motions for summary judgment.

Dated: October 23, 2023                                                   Respectfully submitted,

 */s/ Wendy Liu*                                                           */s/ Kevin D. Solonsky*
Wendy Liu (D.C. Bar No. 1600942)                          Kevin D. Solonsky
Allison M. Zieve (D.C. Bar No. 424786)                   United States Securities and Exchange
PUBLIC CITIZEN LITIGATION GROUP               Commission
1600 20th Street NW                                                    100 F Street, NE
Washington, DC 20009                                                Washington, D.C. 20549-9613
(202) 588-1000                                                              D.C. Bar No. 437119
                                                                                       solonskykd@sec.gov
*Counsel for Plaintiff*                                                   (202) 551-5014

                                                                                       *Counsel for Defendant*