UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAMAAN QURESHI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-cv-01710-JMC |
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT

Pursuant to this Court's October 25, 2023, Minute Order, the parties respectfully submit the following joint status report.

1. In this lawsuit under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, plaintiff Zamaan Qureshi seeks information redacted in response to a FOIA request for the February 19, 2019, transcript of the Securities and Exchange Commission's (SEC) deposition of Mark Zuckerberg, Chief Executive Officer of what was then known as Facebook, Inc.

2. The SEC initially denied production of the transcript based on FOIA exemptions 6 and/or 7(C), but later, after Mr. Qureshi's administrative appeal, produced a copy of the transcript with redactions on the asserted bases of FOIA exemptions 4, 6, 7(C), and 7(E). Following a second administrative appeal, and after this lawsuit was filed, the SEC produced a second release of the transcript, with included some redactions of text that it had previously disclosed and some additional disclosures.

3. On September 26, 2023, counsel for Mr. Qureshi provided counsel for SEC with a list of the redactions that Mr. Qureshi challenges as unlawfully withheld. The SEC has now agreed to disclose all of the exemption 4 redactions on Mr. Qureshi's list. In addition, the SEC agrees to

release the following information redacted under exemptions 6 and 7(C): lines 5-6, 15-17, 19-20 on page 118; line 4 on page 132; lines 9–10 on page 185; lines 4–6 on page 186; and lines 11, 12, 15, 16 (the first part of line 16), and 24, on page 176 of the transcript. The SEC has agreed to produce to Mr. Qureshi by **November 16, 2023**, a copy of the transcript with that text unredacted.

4. Although the parties have narrowed their dispute, the SEC continues to redact information on the asserted bases of FOIA exemptions 6 and 7(C) that Mr. Qureshi believes is not covered by those exemptions. However, the parties believe that additional discussion, after Mr. Qureshi has an opportunity to review the transcript that the SEC will produce, may further narrow the dispute.

5. Accordingly, the parties respectfully request that the Court order the parties to submit another joint status report on **December 6, 2023**, to report whether the parties have been able to resolve their dispute and, if not, to propose a schedule for briefing of cross-motions for summary judgment.

Dated: November 6, 2023                                   Respectfully submitted,

| /s/ Wendy Liu | /s/ Kevin D. Solonsky |
|---|---|
| Wendy Liu (D.C. Bar No. 1600942) | Kevin D. Solonsky |
| Allison M. Zieve (D.C. Bar No. 424786) | United States Securities and Exchange |
| PUBLIC CITIZEN LITIGATION GROUP | Commission |
| 1600 20th Street NW | 100 F Street, NE |
| Washington, DC 20009 | Washington, D.C. 20549-9613 |
| (202) 588-1000 | D.C. Bar No. 437119 |
| | solonskykd@sec.gov |
| *Counsel for Plaintiff* | (202) 551-5014 |
| | *Counsel for Defendant* |